# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAIGE BARNARD,

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE CORPORATION, et al.

      Defendants.

3:18-CV-1218
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 28th DAY OF NOVEMBER, 2018,** upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 37) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 37) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Motion for Remand to State Court (Doc. 6) is **DENIED**.

3. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's November 6, 2018 Order (Doc. 36).

Robert D. Mariani
United States District Judge