# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAIGE BARNARD,

    Plaintiff,

v.      3:18-CV-1218
    (JUDGE MARIANI)

LIBERTY MUTUAL INSURANCE
CORPORATION, et al.

    Defendants.

## ORDER

AND NOW, THIS **12th** DAY OF DECEMBER, 2018, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 41) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 41) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss Counts I and II of Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 13) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Defendant's motion to dismiss Count I is **DENIED**.

    b. Defendant's motion to dismiss Count II is **GRANTED**. Count II of Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE.**

3. Plaintiff is granted leave to file a Second Amended Complaint within **21 days** of the date of this Order to address the pleading deficiencies identified in the R&R.

4. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's November 6, 2018 Order (Doc. 36).

_____
Robert D. Mariani
United States District Judge