IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAIGE BARNARD,** | : | Civil No. 3:18-CV-01218 |
| Plaintiff, | : | (Judge Mariani) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **LIBERTY MUTUAL INSURANCE CORP., et al.,** | : | |
| Defendants. | : | |

## NOTICE DIRECTING CLOSURE OF CASE

We had previously stayed this case in order to allow the parties to engage in mediation. (Doc. 58.) On June 21, 2019, following this mediation, plaintiff's counsel filed a praecipe discontinuing the case. (Doc. 59.) Defense counsel has now also submitted a written confirmation that they concur in this praecipe and the discontinuation of this lawsuit. (Doc. 60.) Under Rule 41 of the Federal Rules of Civil Procedure, after an answer or motion for summary judgment has been filed, the parties can dismiss a case by filing a stipulation of dismissal signed by all parties to have appeared, a filing which operates to close the case and end the court's jurisdiction without further court action. *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Construing the current filings as such a stipulation, the clerk is directed to CLOSE this case.

2

Entered this 28th day of June 2019.

                                          */s/ Martin C. Carlson*
                                          Martin C. Carlson
                                          United States Magistrate Judge